**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| ANCO STEEL COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  2:21-cv-00285-TLS-JEM |
| | ) | |
| JRC OPCO, LLC, now known as INTEREBAR FABRICATORS, LLC, | ) ) | Theresa L. Springmann John E. Martin |
| | ) | |
| Defendant, | ) | |
| JRC OPCO, LLC, now known as INTEREBAR FABRICATORS, LLC, | ) ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANCO STEEL COMPANY, INC., | ) | |
| | ) | |
| Counter-Defendant, | ) | |
| JRC OPCO, LLC, now known as INTEREBAR FABRICATORS, LLC, | ) ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LOUIS PAULA, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## <u>PROPOSED PRE-TRIAL ORDER</u>

Pursuant to the order of this Court dated October 17, 2023, the attorneys for the parties to this action exchanged submissions for inclusion in pre-trial order on June 14, 2024, and hereby submit this pre-trial order for the Court's consideration and approval:

A.      Jurisdiction was conceded by counsel and found by the Court to be present based on diversity of citizenship. [see ECF No. 96 at p 3].

B.     Following this Court's September 29, 2023 Opinion and Order on the parties' motions for summary judgment, the case remains at issue as to:

    i.     Count II of Plaintiff/Counter-Defendant ANCO Steel Company's Complaint for the issue of damages for breach of contract against InteRebar for the failure to pay rent under the Sublease for May, June, and July 2021; ANCO's claim for breach of contract against InteRebar based on property damage allegedly incurred when InteRebar vacated the South Crane Bay, and InteRebar's affirmative defenses including InteRebar's right to setoff and ANCO's failure to mitigate its damages by prematurely terminating the Sublease prior to the expiration of its term;

    ii.     Count II of Defendant/Counter-Plaintiff/Third Party Plaintiff InteRebar Fabricators, LLC's Amended Counterclaim against ANCO as to InteRebar's claim of conversion based on the sale of scrap metal and materials left in the South Crane Bay by InteRebar; and

    iii.     Count VI of Defendant/Counter-Plaintiff/Third Party Plaintiff InteRebar Fabricators, LLC's Amended Counterclaim against Third Party Defendant Louis Paula based on the non-compete and non-solicitation provisions in Paragraphs 3.2-3.4 of the employment covenants and Paula's affirmative defenses that the restrictive covenants are unenforceable because they lack adequate consideration, are too broad, or do not protect a legitimate business interest.

C.     Other than the motions in limine filed contemporaneously with this draft pre-trial order, there are no pending motions.

D.    **ANCO's Position:**  ANCO Steel contends that it is a distributor and fabricator of structural steel and rebar. In late 2016, Douglas Anderson negotiated the sale of his interest in a sister company called Metal Partners Rebar, LLC d/b/a Metal Partners International ("Metal Partners") to Frank Bergren. The Metal Partners sale closed on January 17, 2017. At the time of the sale, Metal Partners was operating out of a warehouse in Hammond, Indiana, pursuant to a sublease with ANCO Steel; the parties refer to this warehouse space as the "South Crane Bay," which was separated from ANCO Steel's operations in the "North Crane Bay" by a thin, interior wall. This sublease was conveyed in the sale, and Metal Partners continued operations until June 2020 when Metal Partners declared bankruptcy, and its assets were purchased by InteRebar. ANCO Steel exercised its option to extend its lease and notified InteRebar on January 12, 2021, that it would expand into the South Crane Bay space when the sublease ended on July 31, 2021. InteRebar did not pay rent for May, June, and July 2021 and left the South Crane Bay in such disarray and in violation of the sublease that ANCO Steel had to hire a third-party cleaning company and dedicate significant employee time to rehabilitate the space for its use. As to InteRebar's claim for conversion, ANCO Steel denies that it converted scrap metal and contends that the scrap metal that InteRebar claimed was converted was actually abandoned.

E.    **InteRebar's Position:**    InteRebar contends Douglas Anderson formed Metal Partners Rebar, LLC to sell fabricated rebar, including shaped rebar, to construction companies. At the time Metal Partners was formed, Anderson wholly owned ANCO Steel Company, Inc., which cut and sold rebar to distributors but did not shape rebar or sell to construction companies. On July 7, 2016, Douglas Anderson signed a Sublease between his two wholly owned entities: ANCO Steel Company, Inc. and Metal Partners Rebar, LLC, to provide Metal Partners with the undisturbed use and occupancy of the South Crane Bay of Premises ANCO was already leasing in

Hammond, Indiana. On December 23, 2016, after the abrupt resignation of Frank Bergren and several other key employees of Metal Partners, Anderson sold his interest in Metal Partners to Bergren. Metal Partners continued to operate from the South Crane Bay and continued to make its rent payments on the Sublease. Louis Paula began working at Metal Partners in August 2020 as Plant Manager of Metal Partners' Hammond, Indiana plant located in the South Crane Bay. In October 2020, the Defendant/Counter-Plaintiff, InteRebar purchased substantially all of the assets of Metals Partners in the bankruptcy proceeding and continued Metal Partners' operations in the South Crane Bay. ANCO continued to operate next door in the North Crane Bay. On January 12, 2021, ANCO notified InteRebar that the Sublease would not be extended.

Louis Paula emailed his resume to ANCO in January 2021,shortly after ANCO notified InteRebar the Sublease would not be extended. During his initial interview with Cheryl Anderson, Paula stated "his staff" would go with him if he left InteRebar. Louis Paula resigned his InteRebar employment abruptly on March 1, 2021 after InteRebar's owner told Paula he was not meeting job expectations. InteRebar's owner denies accusing Louis Paula of stealing. On March 8, 2021, Louis Paula began working next door to InteRebar, in the North Crane Bay, for ANCO. Before and after his resignation from InteRebar, Louis Paula made disparaging remarks regarding the ability of InteRebar to continue its operations in Hammond, Indiana, and encouraged InteRebar employees to seek work at ANCO. As the ANCO General Manager, Louis Paula hired multiple InteRebar employees in the March 2021-August 2021 time period, and in August 2021 ANCO began bending rebar in the North Crane Bay. Louis Paula breached his employment covenants with InteRebar by (i) taking a position as the General Manager of ANCO within eighteen months of terminating his employment with InteRebar and on the same Premises as his prior employment with InteRebar and (ii) by hiring and/or assisting in the hiring or InteRebar employees to work at ANCO and by

encouraging InteRebar employees to apply at ANCO during the eighteen month period following the termination of his InteRebar employment. As a result of loss of manpower arising from Paula's breaches, InteRebar was unable to fulfill certain contracts for rebar and sustained damages due to claims by clients, including backcharges, settlements, and lost profits in an amount in excess of $1,000,000.00 in addition to amounts for loss revenue and purchases in the one year period following Paula's termination of employment.

Due to the refusal of ANCO to renew InteRebar's Sublease, InteRebar was required to perform the labor intensive and expensive task of dismantling equipment and items it used to store and fabricate rebar and to load and ship its equipment, trade items, and material out of the South Crane Bay. InteRebar contends it was unable to complete the task of emptying and turning over the South Crane Bay to ANCO because ANCO, by and through Louis Paula, changed the locks of the Premises prior to the July 31, 2021 expiration of the Sublease.   After Louis Paula barred InteRebar's access to the Premises, ANCO took the remaining material of InteRebar and sold it as scrap for $51,234.25—a small fraction of the market value of the rebar product—and entered into a contract with a contractor to make significant improvements in the South Crane Bay, including construction of two new electrical overhead doors and the demolition and placement of a new concrete floor. Despite the major improvements and without any backup documentation to establish the contractors' costs for the contracted work, ANCO and the contractor are attempting to allocate nearly a third of the total costs of construction to InteRebar as clean-up costs. In addition, InteRebar by taking and selling InteRebar's material, ANCO knowingly and intentionally exerted unauthorized control over InteRebar's property, in violation of Indiana §§ 35-43-4-3 and 34-24-3-1. InteRebar further contends that the rebar sold by ANCO was not scrap, that the market value of the rebar in July 2021 approached $1400 per gross ton, and that the $51,234.25 retained

by ANCO therefore does not accurately reflect the market value of the rebar sold by ANCO. InteRebar seeks treble damages in the amount of 3x the proceeds ANCO received or should have received for the sale of InteRebar's rebar, reasonable attorneys' fees and costs of obtaining judgment.

      F.    **Paula's Position:** Metal Partners hired Louis Paula as its general manager on July 6, 2020. He began work on August 3, 2020, and learned then of the bankruptcy proceedings. He was frustrated to learn of this bankruptcy only after he committed to Metal Partners but honored that commitment and began work. He resigned effective immediately on March 1, 2021, after InteRebar's owner accused him of stealing from the company. He joined ANCO Steel on March 8, 2021. He denies that his restrictive covenant with InteRebar is enforceable, denies that he solicited InteRebar's workers to join him, and denies that he solicited any of InteRebar's customers.

      G.    **ADMITTED OR STIPULATED FACTS:** The following facts are established by admissions in the pleadings or by stipulation of counsel

      i.    On June 23, 2016, ANCO Steel Company, Inc. ("ANCO") entered into a Lease Agreement with Hammond 4531 Columbia, LLC ("Landlord").

      ii.    Pursuant to the Lease Agreement, ANCO leased 125,422 square feet of an industrial building located at 4531 Columbia Avenue, Hammond, Indiana (the "Premises"), including the spaces sometimes referred to as "North Crane Bay" and "South Crane Bay."

      iii.    On July 7, 2016, ANCO entered into a Sublease with Metal Partners Rebar, LLC d/b/a Metal Partners International ("Metal Partners").

      iv.    Pursuant to the Sublease, Metal Partners leased a portion of the Premises described as the "South Crane Bay" from ANCO for an initial five-year term.

v.        The initial five-year term of the Sublease ended on July 31, 2021.

vi.       ANCO occupied the North Crane Bay of the Premises.

vii.      At all times relevant, Metal Partners was in the business of fabricating and distributing rebar.

viii.     Rebar is a steel reinforcing rod that comes in various sizes, grades, and types. The cutting and shaping of rebar is referred to as rebar fabrication.

ix.       On June 29, 2020, Metal Partners filed for Chapter 11 bankruptcy in the United States District Court for the District of Nevada.

x.        On July 31, 2020, Louis Paula agreed to provide services to Metal Partners as plant manager of Metal Partners' operations in the South Crane Bay and executed employment covenants.

xi.       Section 3.2 of Louis Paula's employment covenants provide:

> The Employee agrees that, throughout his employment with COMPANY, and for a period of one (1) year following termination of his employment with    COMPANY for any reason whatsoever, he will not in any capacity involving sales, marketing, or manufacturing perform, directly or indirectly (including, but not limited to, as shareholder, employer, employee, contractor, consultant, principal, representative, agent, franchisee, franchisor, distributor or advisor) any duty or activity that competes with the Business of COMPANY. "Business" shall be defined as the buying or selling of hot rolled steel products. The geographic scope of this section shall be limited to within one hundred (100) miles of any COMPANY office, warehouse or transload location nationwide. By way of example, it is agreed that the Employee is therefore prohibited from working in a sales, marketing, or manufacturing position for a business that sells hot rolled steel products within 100 miles of any COMPANY office, warehouse or transload location nationwide upon termination of his employment and for one (1) year thereafter.

xii.      Section 3.4 of Louis Paula's employment covenants provide:

> The Employee agrees that, throughout his employment with COMPANY, and for a period of eighteen (18) months following termination of his employment with COMPANY for any reason whatsoever, he will not, directly nor indirectly, for his own benefit or that of another person, in any

capacity whatsoever, including, but not limited to, as shareholder, employer, employee, contractor, consultant, principal, representative, franchisor, franchisee, distributor or advisor, request, cause, solicit, induce, attempt to hire or hire any employee or consultant of COMPANY (or any other person who was employed or engaged by COMPANY during the six months prior to termination of the Employee's employment) to perform work or services for any person or entity other than COMPANY, encourage any such employee or consultant to terminate his employment with COMPANY, or assist any other person or entity to engage in any such activities.

xiii.     On October 14, 2020, the bankruptcy court approved an Amended Asset Purchase Agreement ("Asset Purchase Agreement") for the sale of Metal Partners' assets to JRC OPCO, LLC.

xiv.     JRC OPCO, LLC is now known as InteRebar Fabricators, LLC ("InteRebar").

xv.     InteRebar assumed Metal Partners' operations in the South Crane Bay, including the Sublease and the Louis Paula employment covenants.

xvi.     By the Sublease, InteRebar agreed to pay $24,890.00 per month to ANCO Steel to rent the South Crane Bay space.

xvii.     InteRebar paid the full amount of rent under the Sublease to ANCO Steel for January, February, March, and April 2021.

xviii.     InteRebar did not pay rent to ANCO Steel for May, June, and July 2021.

xix.     Louis Paula became an employee of InteRebar following InteRebar's assumption of Metal Partner's operations. His job duties did not change when he became an InteRebar employee.

xx.     On January 12, 2021, Douglas Anderson on behalf of ANCO emailed Joe Tedesco of InteRebar and stated, "Anco Steel will be extending our lease on the Hammond property. [sic] and will expand into the area you are currently using."

xxi.      On January 20, 2021, ANCO Steel notified its landlord that it would exercise its option to extend the Master Lease.

xxii.      On January 24, 2021, Louis Paula submitted his resume to ANCO via email to Cheryl Anderson.

xxiii.      Louis Paula's January 24, 2021 email to Cheryl Anderson stated, "I spoke with Doug the other day and he asked me to send you my resume."

xxiv.      On January 26, 2021, Louis Paula interviewed for a position with ANCO with Cheryl Anderson.

xxv.      On February 9, 2021, InteRebar employee Luis Adame applied for employment at ANCO.

xxvi.      On February 11, 2021, Louis Paula received and accepted an offer of employment from ANCO.

xxvii.      On February 23, 2021, InteRebar employees Carlos Adame and Epifanio Adame applied for employment at ANCO.

xxviii.      On March 1, 2021, after a harsh conversation with Joe Carrero, Louis Paula resigned from InteRebar.

xxix.      On March 8, 2021, Louis Paula began his employment with ANCO as its general manager.

xxx.      On March 15, Louis Paula signed an ANCO Steel Company Offer of Employment Request Form for Epifanio Adame.

xxxi.      On March 22, 2021, Louis Paula signed an ANCO Steel Company Offer of Employment Request Form for Carlos Adame.

xxxii.    On March 25, 2021, Louis Paula signed an ANCO Steel Company Offer of Employment Request Form for Luis Adame.

H.    **CONTESTED FACTS:** The following issues of fact are contested by the parties

i.    Whether ANCO locked InteRebar out of the Premises prior to July 31, 2021, preventing InteRebar from accessing the South Crane Bay and from removing its equipment and inventory which remained therein.

ii.    Whether the InteRebar property sold by ANCO was scrap metal or rebar inventory.

iii.    The value of the InteRebar property sold by ANCO.

iv.    Whether InteRebar left the South Crane Bay in "broom clean condition" when the Sublease ended on July 31, 2021.

v.    Whether ANCO competed with InteRebar as defined by the restrictive covenants in Paula's employment contract.

vi.    Whether Paula competed with InteRebar in his position as Plant Manager of ANCO Steel in violation of a restrictive covenant.

vii.    Whether Paula solicited, requested, hired, or attempted to hire employees of InteRebar to work at ANCO Steel in violation of a restrictive covenant.

viii.    Whether Paula solicited clients of InteRebar to become clients of ANCO Steel in violation of a restrictive covenant.

ix.    The damages sustained by InteRebar as a result of Louis Paula's alleged breach of one or more of the restrictive covenants in his employment contract.

I.    **CONTESTED ISSUES OF LAW:** In addition to those issues of law implicit in the foregoing contested issues of fact, the following issues of law are in dispute

      i.        Whether the Sublease required InteRebar to leave the South Crane Bay in "broom clean condition."

      ii.        Whether ANCO Steel is entitled to recover its third-party cleaning costs to clean South Crane Bay as an "other contractual remedy" based on InteRebar's breach of the Sublease.

      iii.        Whether ANCO Steel is entitled to recover its payroll costs to clean South Crane Bay as an "other contractual remedy" based on InteRebar's breach of the Sublease.

      iv.        Whether the  metal left in or around South Crane Bay by InteRebar was abandoned.

      v.        Whether Illinois or Indiana law applies to the restrictive covenants in Paula's employment contract.

      vi.        Whether the restrictive covenants in Paula's employment contract are enforceable.

      J.      **EXHIBITS:** The parties propose the following exhibits for admission into evidence

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | IR000001-IR000003 | | Sublease | Y |
| | IR000004-IR000032 | | Lease Agreement by and between Hammond and ANCO | Y |
| | IR000434 | 2020.07.06 | Louis Paula Firm Offer and Commitment Letter | Y |
| | IR000042-IR000046; IR000435-IR000436 | | Louis Paula Employment Covenants | Y |
| | IR000693 | | Louis Paula Earnings Statement for Pay Date 03.12.2021 | Y |
| | IR000694 | | Louis Paula W-2 Forms for Tax Year 2021 | Y |
| | IR000047-IR000172 | | Order Authorizing Sale | Y |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | ANCO000084-ANCO000090; ANCO000093; ANCO000095 ANCO000099 ANCO000102 ANCO000109 ANCO000111-ANCO000114 ANCO000116 ANCO000124-ANCO000125 ANCO000129-ANCO000132 ANCO000136-ANCO000145 ANCO000148-ANCO000155 ANCO000158-ANCO000159 ANCO000162 ANCO000164 ANCO000166-ANCO000168 ANCO000109 ANCO000175-ANCO000183 | | Photos of Steel | Y |
| | ANCO000235-ANCO000238 | | BL Duke Settlement Report and Checks | Y |
| | ANCO000251-ANCO000268 | | BL Duke Check and Settlement Report | Y |
| | ANCO000316 | | ANCO Invoice 351027 | Y |
| | IR001098 | 2021/03/01 | Email from Louis Paula to Joe Carrero Re resignation | Y |
| | IR000173-IR000174 | 2021/01/12 | Email Thread regarding end of lease | Y |
| | LP00015-LP00016 | | Email thread between Louis Paula and Cheryl Anderson regarding interview | Y |
| | ANCO001029 | 2021/01/24 | Email from Louis Paula to Cheryl Anderson with resume | Y |
| | LP00031 | | Louis Paula hiring notes | Y |
| | ANCO001028 | | Louis Paula revised hiring notes | Y |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | LP00002-LP00012 | | Application for Employment | Y |
| | ANCO001036-ANCO001039 | 2021.01.26 | Louis Paula Interview Notes | Y |
| | ANCO001040-ANCO001041 | 2021.01.26 | Louis Paula Interview Notes (handwritten Cheryl Anderson notes) | Y |
| | ANCO001092-ANCO001094 | | Email from Ellen McDonald to Louis Paula regarding drug screening and anticipated start date | Y |
| | LP00039-LP00041 ANCO01106-ANCO01113 | | Louis Paula Offer of Employment | Y |
| | LP00001 | | Offer of Employment Request Form | Y |
| | ANCO00345 | | Luis Adame hiring notes | Y |
| | ANCO00346 | | Carlos Adame hiring notes | Y |
| | ANCO00347 | | Epifanio Adame hiring notes | Y |
| | ANCO00444-ANCO00452 | | Carlos Adame Application | Y |
| | ANCO00455-ANCO00457 | | Email thread between Carlos Adame and Cheryl Anderson regarding hiring | Y |
| | ANCO00464-ANCO00466 | | Carlos Adame Interview Notes | Y |
| | ANCO00511 | | Carlos Adame Offer of Employment Request Form | Y |
| | ANCO00512-ANCO00514 | | Carlos Adame Offer of Employment | Y |
| | ANCO00538-ANCO00540 | | Carlos Adame Agreement Regarding Employment and Arbitration | Y |
| | ANCO00549-ANCO00556 | | Epifanio Adame Application for Employment | Y |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | ANCO00559-ANCO00561 | | Email thread between Epifanio Adame and Cheryl Anderson regarding hiring | Y |
| | ANCO00570-ANCO00572 | | Epifanio Adame Interview Question Notes | Y |
| | ANCO00611 | | Offer of Employment Request Form | Y |
| | ANCO00612-ANCO00614 | | Epifanio Adame Offer letter | Y |
| | ANCO00638-ANCO00640 | | Epifanio Adame Agreement Regarding Employment and Arbitration | Y |
| | ANCO00648-ANCO00649 | 2021.07.13 | Email from Louis Paula to Cheryl Anderson regarding hiring of Fernando Adame and Jesus Pena | Y |
| | ANCO00650-ANCO00661 | | Fernando Adame Application for Employment | Y |
| | ANCO00662-ANCO00666 | 2021.07.14 | Fernando Adame Interview Notes (Cheryl Anderson) | Y |
| | ANCO00667-ANCO00671 | 2021.07.15 | Fernando Adame Interview Notes (Louis Paula) | Y |
| | ANCO00702 | 2021.08.02 | Fernando Adame Offer of Employment Request Form | Y |
| | ANCO00703 | 2021.08.02 | Email from Ellen McDonald to Fernando Adame, cc Louis Paula regarding Offer of Employment | Y |
| | ANCO00704-ANCO00710 | 2021.08.03 | Fernando Adame signed/accepted Offer of Employment | Y |
| | ANCO00731-ANCO00733 | 2021.08.16 | Fernando Adame Agreement Regarding Employment And Arbitration | Y |
| | ANCO00745 | 2021.02.08 | Email between Luis Adame and Cheryl Adame dated February 8, 2021 | Y |
| | ANCO00746-ANCO00747 | | Luis Adame Resume w/ Cheryl Anderson Notes | Y |
| | ANCO00748-ANCO00750 | 2021.02.15 | Luis Adame Interview Notes | Y |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | ANCO00753-ANCO00760 | 2021.02.11 | Luis Adame Application for Employment | Y |
| | ANCO00804 | 2021.03.25 | Luis Adame Offer of Employment Request Form | Y |
| | ANCO00805-ANCO00806 | 2021.03.25 | Luis Adame Offer of Employment | Y |
| | ANCO00807-ANCO00809 | 2021.03.26 | Luis Adame signed/accepted Offer of Employment | Y |
| | ANCO00810-ANCO00812 | 2021.03.29 | Luis Adame signed Job Description | Y |
| | ANCO00833-ANCO00835 | 2021.04.05 | Luis Adame Agreement Regarding Employment and Arbitration | Y |
| | ANCO01149-ANCO01156 | 2021.07.13 | Jesus Pena Application for Employment | Y |
| | ANCO01162-ANCO01166 | 2021.07.14 | Jesus Pena Interview Notes (Cheryl Anderson) | Y |
| | ANCO01169-ANCO01173 | 2021.07.15 | Jesus Pena Interview Notes (Louis Paula) | Y |
| | ANCO01201 | 2021.07.28 | Jesus Pena Offer of Employment Request Form | Y |
| | ANCO01202-ANCO01203 | 2021.07.28 | Jesus Pena Offer of Employment | Y |
| | ANCO01204-ANCO01206 | 2021.07.28 | Jesus Pena signed/accepted Offer of Employment | Y |
| | ANCO01207-ANCO01210 | 2021.07.28 | Jesus Pena Job Description | Y |
| | ANCO01232-ANCO01234 | 2021.08.09 | Jesus Pena Agreement Regarding Employment And Arbitration | Y |
| | IR001817 | 2021.03.24 | Email from Claudia Cardenas to Michael Poff regarding Carlos Adame Last Day [2021.04.02] | Y |
| | IR001818 | Unknown | Email from Michael Poff to Dan Paxton listing Employees at the shop | N |
| | IR001819 | 2021.03.__ | Email from Michael Poff to Joe Carrero regarding Epi Adame Last Day [2021.04.02] | N |
| | IR001820 | 2021.03.29 | Email from Dan Paxton to Marlene Leon, cc Michael Poff regarding Epi Adame and Carlos Adame no show, Luis Adame Last Day 2021.04.02] | N |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | IR001821 | 2021.04.08 | Email from Dan Paxton to Joe Carrero, cc Rick Kenney and Michael Poff regarding Hammond Employees | N |
| | IR001822-IR001823 | 2021.04.01 | Email from Dan Paxton to Michael Poff and Joe Carrero regarding Hammond Shop | N |
| | IR001685-IR001704; Native File | | InteRebar Work in Progress Excel Spreadsheet [Native File: RWL JOBS 4-19-2022 (004)] | N |
| | IR001845-IR001859 Native File | 2020.10-2022.04 | InteRebar Fabricators Profit & Loss [Hammond] [Native File: 2020 – 2021 04 30 PL Hammond.xlsx] | N |
| | IR001860-IR001879; IR002174-IR002191; Native File | 10.2020-2022.04 | InteRebar Fabricators Profit & Loss [Las Vegas] [Native File: LV Profit Loss.xlsx] | N |
| | IR001880-IR002061; Native File | | 5 Year Projection (Loss Profit) Excel Spreadsheet [Native File: Hammond 5 Year Projection (Loss Profit) Rev. 1 5-6-2022.xlsx | N |
| | IR002192-IR002199; EX-IR000580-EX-IR000585 Native File | | Analysis of damages sustained by InteRebar [Native File: InteRebarDamages.xlsm] | N |
| | IR000175-IR000177 | 2020.08.28 | Quote re Project IMD Gateway | N |
| | IR000178-IR000179; IR000863-IR000864 | 2020.10.20 | Letter from Concrete Structures of the Midwest, Inc. to Rick Kenney regarding 2050 W. Ogden Avenue—IMD Gateway Apartments Letter of Intent to Award | N |
| | IR000180-IR000188 | 2020.11.24 | Purchase Order No. 2022-PO-01 re Project 2050 W. Ogden/Gateway Apartments | N |
| | IR000189-IM000192 | 2021.06.15 | Email from Neo Lorenzo to Dan Paxton, Joe Carrero, Rick Kenney re: Gateway Apartments | N |
| | IR00193-IR00194; IR001837-IR001844 | 2021.06.17 | Notice of Default and Intent to Terminate [Concrete Structures-IMD Gateway] | N |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | IR000195-IR000199 | 2021.09.15 | Mutual Release between Concrete Structures of the Midwest, Inc. and Concreate Structures/Sachi Construction | N |
| | IR000200-IR000202 | 2020.11.19 | Quote re: East Peoria WWTP Phase D Improvements | N |
| | IR000203 | 2020.12.04 | Email from Jow Williams to Rick Kenney, Dan Paxton, Dave Williams re: FW: East Peoria WWTP | N |
| | IR000204-IR000207 | 2020.12.09 | Williams Brothers Purchase Order No. 2697-541 re East Peoria WWTP | N |
| | IR000208 | 2021.07.15 | Letter from Nick Verardo of Williams Brothers to Rick Kenney regarding official 48 hour notice to supply | N |
| | IR000209 | 2021.06.30 | Letter from Nick Verardo to Rick Kenney regarding 48 hour notice of intention to declare default | N |
| | IR000210-IR000211 | 2021.07.02 | Email from Nick Verardo to Michael Poff, Sean Cowley re: Rebar Deliveries | N |
| | IR000212-IR000276 | 2021.08.17 | Email from Dan Paxton to Rodger Look re: FW East Peoria-Reinforcement Summary/Invoice and attached Williams Brothers Back charges/Invoices | N |
| | IR000277-IR000280 | 2021.08.18 | Email from Dan Paxton to Rodger Look regarding fw: Missing Invoice (additional Williams Brothers invoice) | N |
| | IR002237-IR002405 | 2022.08.10 | Letter from Williams Brothers Construction, Inc. to Rick Kenny regarding InteRebar default | N |
| | IR000281-IR000406 | 2021.05 | Email chain with Scott Kennedy regarding "concerning news about InteRebar fabrication ability in Indiana" and attachments | N |
| | IR000407-IR000408 | 2021.05.19 | Email from Scott Kennedy to Joe Carrero et al regarding cost increase due to suspension of projects | N |
| | IR000409 | 2021.05.17 | Spreadsheet of Livewire and Pepper Mill Price Increases | N |
| | IR000410 | 2021.05.17 | Contract Change Order to Livewire Construction re UIH Outpatient Surgery Ctr/Specialty | N |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | IR000411 | 2021.05.17 | Contract Change Order to Livewire Construction re Green Era Digester | N |
| | IR000412 | 2021.05.17 | Contract Change Order to Pepper Construction re 808 Cleveland | N |
| | IR000413 | 2021.05.17 | Contract Change Order to Pepper Construction re 178 W. Randolph | N |
| | IR000414 | 2021.05.17 | Contract Change Order to Pepper Construction re 411 W. Chicago | N |
| | IR000415 | 2021.05.17 | Contract Change Order to Pepper Construction re Homewood Suites Skokie | N |
| | IR000416 | 2021.05.17 | Contract Change Order to Pepper Construction re 1400 S Wabash | N |
| ? | IR000417 | 2020.09.08 | Form Letter from Gerdau re: price increase | N |
| | IR000418 | 2020.12.18 | Form Letter from Gerdau re: price increase | N |
| | IR000419 | 2021.03.11 | Form Letter from Nucor Bar Mill Group re: price increase | N |
| | IR000420 | 2021.04.29 | Form Letter from Commercial metals re: price increase | N |
| | IR000421 | 2020.12.04 | Form Letter from Nucor re: price increase | N |
| | IR000422-IR000433 | 2021.08.27 | Letter from Scott Kennedy to Joe Tedesco regarding Change Order on Five Properties | N |
| | IR000695-IR000697 | 2021.01.08 | Thieneman Purchase Order PO-2020-004 re: Winfield, IN-Wastewater Treatment Plant Improvements | N |
| | IR000698-IR000706 | 2021.04.26 | Email from Chad Richardson to Dan Paxton, Rick Kenney re: UW Madison Veterinary Medicine Addition & Renovation intent to contract w attached Quote | N |
| | IR000707-IR000722 | 2021.03.24-2021.04.07 | C.D.Smith Purchase Order 210180-010 re: The Continental 408 East Washington and Emails between Rick Kenney, Dan Paxton, Joe Carrero, etc. with attached bid | N |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | IR000723-IR000740 | 2021.02.08-2021.04.14 | Email from July Eurich of Vissering Construction to Rick Kenney and Dan Paxton re: Notice of Intent to Award City of St. Charles West Side Reclamation Facility and Email, Purchase Orders, Quote related to same | N |
| | IR000741-IR000814 | 2021.01.25-2021.03.15 | Email from Christine Tate to Dan Paxton re: 1389-00 Nordic WWTP Rehabilitation Purchase Order, attached Purchase Orders, and emails regarding same | N |
| | IR000815-IR000827 | 2021.03.31-2021.04.05 | Quote to Thienemen Construction, Inc. re Juday Creek WTP, Purchase Order PO-2107-004, Emails regarding project | N |
| | IR000828-IR000846 | 2021.02.25-2021.05.05 | C.D.Smith Purchase Order 210194-003 re La Cross WWTF, and Quote | N |
| | IR000847-IR000848 | 2021.01.27 | Vissering Construction Company Purchase Order re: Geneseo WWTP | N |
| | IR000849-IR000859 | 2020.12.09-2021.08.18 | Email from Dan Paxton to Rodger Look re East Peoria PO, Williams Brothers Purchase Orders, additional emails | N |
| | IR000860-IR000862 | 2021.03.15 | Eagle Concrete, Inc. Henking Elementary School, Westbrook Elementary School, Springman Middle School Purchase Orders | N |
| | IR000865-IR000899 | 2021.02.17-2021.04.19 | Miron Construction Purchase Agreement re Green Bary Water Utility Addition/Renovation-Concrete, Emails regarding project | N |
| | IR00900-IR00915 | 2020.08.24-2020.12.14 | Williams Brothers Construction, Inc. Harvard WWTF Phase 1A Classic Schedule Layout, Quote, Purchase Order | N |
| | IR000916-IR000993; IR001011-IR001041 | 2019.12.12-2020.12.07 | Pepper Construction Project Info for Arkansas Arts Center and 146 W. Erie, award of 220 N. Clark, 401 W. Chicago, 410 S. Wabash, 1400 S. Wabash, 1700 W 119th, 1405 Lake Cook Rd.; Skokie Surgery Expansion | N |
| | IR000994-IR001010 | 2020.12.30 | Pepper Construction Purchase Order re 178 West Randolph Hotel | N |
| | IR001042-IR001063 | | Pepper Construction Purchase Order for Material re 411 W Chicago | N |
| | IR001064-IR001090 | 2021.03.11 | Pepper Construction Purchase Order for Material re Homewood Suites Skokie | N |
| | IR001705-IR001729 | 2021.05.18 | Emails re Harvard WWTF delayed job/price increase letter, project schedules, | N |
| | IR001730-IR001734 | 2021.05.26-2021.05.27 | Emails between Roccio Ramirez, Joe Tedesco, Joe Carrero, Rodger Look re Jobs | N |
| | IR001735-IR001816 | | Various Invoices (for shipments from New Castle??) | N |
| | IR001755 | 2020.12.25 | Norfolk Southern Invoice | N |

| Exhibit No. | Bates | Date | Description | Stipulated Y/N |
|---|---|---|---|---|
| | IR002406 | | Aged Accounts Receivable Report as of 08/23/2022: Morton WTP Improvement, East Peoria WWT | N |
| | | | Curriculum vitae of Michael LoGuidice | N |
| | | | Michael LoGuidice Expert Report | N |
| | ANCO00066, ANCO00074, ANCO00084, and ANCO00085 | | Four photographs of the South Crane Bay | N |
| | ANCO00112, ANCO00124, ANCO00129, and ANCO00130 | | Four photographs of steel left outside the South Crane Bay by InteRebar. | Y |
| | ANCO00001 – ANCO00013 | | Communication, invoices and receipts related to the third-party cleaning of the South Crane Bay. | N |
| | ANCO00267 – ANCO00270 | | Payroll costs | N |
| | To be assigned | January 12, 2021 | Full email communication of January 12, 2021, between Anderson and Tedesco. | N |
| | ANCO000335 – ANCO000336 | January 20, 2021 | Email communication of January 20, 2021, between Anderson and Szypczak | Y |
| | | | InteRebar's Answer to ANCO Steel's First Set of Interrogatories | Y |
| | To be assigned | | ANCO Steel's Personnel File of Louis Paula. | N |
| | | | Curriculum vitae of Michael D. Pakter | N |
| | | | Michael Pakter's Expert Report Rebutting the June 12, 2022 Expert Report of Michael LoGiudice | N |

    i.       The parties anticipate that they may use demonstrative exhibits and agree to exchange or identify such exhibits at least five (5) days before trial.

    ii.      The parties anticipate that they may use the deposition testimony of the various witnesses for impeachment or for any other purpose permitted by the Federal Rules of Civil Procedure or Federal Rules of Evidence.

    iii.     The parties anticipate that they use and/or mark as additional exhibits the expert file material of any expert witnesses who have been disclosed and

who are permitted to testify at trial as necessary for foundation, cross-examination, or any other purpose permitted by the Federal Rules of Evidence.

    iv.    Except as otherwise indicated, the authenticity of received exhibits has been stipulated, but they have been received subject to objections, if any, by the opposing party by pre-trial motion in *limine* or at the trial as to their relevance and materiality and other bases for exclusion under the Federal Rules of Evidence or otherwise.

### K.    TRIAL WITNESSES:

    i.    InteRebar's witnesses may include any or all of the following persons:

1. Joseph Carrero, owner of InteRebar Fabricators, LLC
2. Joseph Tedesco, Chief Financial Officer of InteRebar Fabricators, LLC
3. Douglas Anderson, owner and corporate representative of ANCO Steel.

4. Cheryl Anderson, Director of Administrator of ANCO Steel
5. Louis Paula, Plant Manager of ANCO Steel
6. Rodger Look, 122 Sevilla Ave., Apt. 1225, Coral Gables, FL 33134
7. Michael LoGuidice, LoGuidice Forensic Accounting, 10130 Northlaw Blvd., Ste. 214-133, West Palm Beach, FL 33412
8. Andrew Duarte: 3000 Tomlinson St., Bakersfield, CA 93313
9. Rick Kenney, Sales Representative of InteRebar Fabricators, LLC
10. Chris Motley, 7111 Larkspur Lane Liberty Township, OH 45044
11. Dan Paxton, 1498 County Road 418, Nemo, TX 76070
12. Mike Poff: 68 Whitaker Av., North East, MD 21901
13. Epi Adame, 3630 Michigan Street in Hobart, Indiana
14. Luis Adame, 10438 Whitney Place in Crown Point, Indiana
15. Carlos Adame, 9217 Cottage Grove in Highland, Indiana

    ii.    ANCO's Witnesses:
1. Doug Anderson, owner and corporate representative of ANCO Steel.
2. Cheryl Anderson, Director of Administration of ANCO Steel.
3. Louis Paula, Plant Manager of ANCO Steel.
4. Carlos Adame, 9217 Cottage Grove in Highland, Indiana.

5.      Epifanio Adame, 3630 Michigan Street in Hobart, Indiana.
6.      Luis Adame, 10438 Whitney Place in Crown Point, Indiana.
7.      Michael Pakter, Gould & Pakter Associates, LLC, 203 North LaSalle Street, Suite 2100, Chicago, Illinois.

iii.      Louis Paula's Witnesses:

1.      Doug Anderson, owner and corporate representative of ANCO Steel.
2.      Cheryl Anderson, Director of Administration of ANCO Steel.
3.      Louis Paula, Plant Manager of ANCO Steel.
4.      Carlos Adame, 9217 Cottage Grove in Highland, Indiana.
5.      Epifanio Adame, 3630 Michigan Street in Hobart, Indiana.
6.      Luis Adame, 10438 Whitney Place in Crown Point, Indiana.
7.      Michael Pakter, Gould & Pakter Associates, LLC, 203 North LaSalle Street, Suite 2100, Chicago, Illinois.

iv.      In the event there are other witnesses to be called at the trial, their names and addresses and the general subject matter of their testimony will be reported to opposing counsel, with copy to the Court, at least ten (10) days prior to trial. Such witnesses may be called at trial only upon leave of Court. This restriction shall not apply to rebuttal or impeachment witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial.

L.      It is directed that requests for special instructions must be submitted to the Court, in writing and on a computer disk (or in another electronic format), with supporting authorities, at or prior to the commencement of the trial, subject to the right of counsel to supplement such requests during the court of the trial on matters that cannot be reasonably anticipated.

M.      No amendments to the pleadings are anticipated.

N.      **Trial Briefs:** Not applicable per Judge Springmann's standing order.

O.      Additional Matters Pertinent to Trial:

i.      **Use of Confidential Documents and Information At Trial:** On January 14, 2022, pursuant to the parties' agreement and request this Court entered a Protective

Order in this litigation. Pursuant to the Protective Order, the parties have produced certain documents with a "Confidential-Subject to Protective Order" designation. The parties anticipate that documents and/or information designated Confidential will be admitted to evidence at trial, and the parties therefore request that the Court make whatever orders are necessary to govern the use of those documents and information at trial.

    ii.    **Jury Instructions:** The parties submit agreed instructions and their respective additional substantive or alternative instructions with this Proposed Pre-Trial Order.

    iii.    ANCO Steel claims the following damages:

| Item of Damage | Amount |
|---|---|
| Rent due for May, June, and July 2021 | $74,670.00 |
| Third-party cleaning costs | $55,293.00 |
| Payroll costs related to cleaning | $4,169.00 |
| Attorney's fees and expenses (as prevailing party) | At least $158,000.00 |
| Expert costs and expenses (as prevailing party) | At least $60,000.00 |

InteRebar claims the following damages:

| Item of Damage | Amount |
|---|---|
| Converted Steel | $250,000.00 actual damages (treble damages of $750,000.00) |
| Damages Resulting from Work In Progress Including Lost revenue, back charges from clients, and settlement payments to clients due to the interruption of Interebar's operations as a result of the actions of Louis Paula | $2,170,000.00 |
| Attorneys' fees based upon statutory right for recovery of Converted steel against Anco | In Excess of $90,000.00 |
| Attorneys' fees allowed pursuant to Employment Agreement | In excess of $200,000.00 |

P.      This draft pre-trial order has been formulated after exchange of submissions and conference between counsel for the parties. Final Pretrial Conference is set for July 22, 2024, at 10:00 a.m., and parties are to appear through in-person counsel.

Q.      The parties have discussed settlement directly and engaged in a judicial settlement conference with Magistrate Judge John E. Martin but have been unable to reach agreement.

R.      The probable length of trial is 5-7 days. The case is set down for trial before jury on August 12, 2024 at 9:00 a.m., and continuing, if necessary, until August 23, 2024.

Entered this __ day of July, 2024.


Judge Theresa Springmann,
United States District Court


APPROVED:

*Attorneys for InteRebar Fabricators, LLC:*
Justin L. Weisberg
Teresa A. Minnich
Robbins DiMonte, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
jweisberg@robbinsdimonte.com
tminnich@robbinsdimonte.com

*Attorneys for ANCO Steel Company, Inc.:*
Kevin C. Rasp
Riley Olson
O'Hagan Meyer, LLC
One East Wacker Dr., Ste. 3400
Chicago, Illinois 60601
krasp@ohaganmeyer.com
rolson@ohaganmeyer.com

and

Ross Molho
Molho and Associates, LLC

1751 S. Naperville Road, Suite 209
Wheaton, IL  60189
ross@molholaw.com

*Attorneys for Louis Paula:*
Kevin C. Rasp
Riley Olson
O'Hagan Meyer, LLC
One East Wacker Dr., Ste. 3400
Chicago, Illinois 60601
krasp@ohaganmeyer.com
rolson@ohaganmeyer.com

and

Ross Molho
Molho and Associates, LLC
1751 S. Naperville Road, Suite 209
Wheaton, IL  60189
ross@molholaw.com